# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 6D2025-1408
Lower Tribunal No. 2007-CF-003945

_____

JOHN W. DUKES,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for Polk County.
Jalal A. Harb, Judge.

June 9, 2026

PER CURIAM.

AFFIRMED.

TRAVER, C.J., and STARGEL and BROWNLEE, JJ., concur.


John W. Dukes, Lowell, pro se.

James Uthmeier, Attorney General, Tallahassee, and Marilyn Frances Muir, Chief Assistant Attorney General, Tampa, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED